No. 463.   SUNBEAM CORPORATION v. CIVIL SERVICE EMPLOYEES COOPERATIVE ASSOCIATION.   C. A. 3d Cir.

Certiorari denied. *C. Russell Phillips* and *Herman T. Van Mell* for petitioner. *Delbert T. Kirk* for respondent.